UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PAULA CALHOUN.**,

    Plaintiff,

    v.

**UNITED STATES OF AMERICA**,

    Defendant.

Case No. 22-cv-1338 (CRC)

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [ECF No. 12] Defendant's Motion for Summary Judgment is GRANTED. It is further

**ORDERED** that the complaint and case are dismissed.

This is a final appealable Order.

**SO ORDERED**.

 

CHRISTOPHER R. COOPER
United States District Judge

Date:   September 27, 2024